Indiana Department of Correction
Wabash Valley Correctional Facility

RECEIPT - ADMINISTRATIVE REMEDY

Date: 17-FEB-22

From: Thomas Wellington
WVC

To: Domanique Johnson
WVC

DOC#: 178369
Housing: PU-PU3-302L
Current Facility: WVD

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST IDENTIFIED BELOW:

Case ID: 138654

Level: I - Formal Grievance

Date Received: 17-FEB-22

Response Due: 11-MAR-22

Subject: Medical-Exc. Forced Treatment-Other Medical Matters

## NOTICE OF TORT CLAIM

TO: Indiana Political Subdivision Risk Management Commission, 311 West Washington Street, Room 300, Indianapolis, Indiana 46204;

The following is the name and address of each political subdivision (County, City, Town, etc.) being notified of this claim: IDOC, IGCS Fifth Floor, Rm E-334 302 West Washington St, Indpls, IN 46204 (Names) Sgt. Angeles, Nurse Heather, C/o Tarr

Please take Notice that claimant Dumanings E Johnson DOC 178319 who presently resides at Wabash Valley Correctional Facility, Post Office Box 1111, Carlisle, Indiana, 47838, has a claim in tort against the above respondents. At the time of the incident and loss, claimant resided at: Wabash Valley Corr. Facility, P.O. Box 1111, Carlisle, IN 47838

A short and plain statement of the facts upon which this claim is based to the best of Claimant's knowledge, and includes: 1) the circumstances which brought about the incident and loss; 2) the extent of the incident and loss 3) the time and place where the incident and loss occurred, and 4) the names of all persons involved if known: (USE ADDITIONAL SHEET IF NECESSARY)

On Feb-7-22 the plaintiff went to medical and a X-Ray was performed showing broken screws in my foot. Nurse Heather failed to request a bed move from Top to bottom range after knowledge of my condition and me living on the top 400 range. Sgt. Angelese and C/o Tarr knew of my condition and failed to move me to the bottom range. Two days later I fell down the stairs injuring my back, foot and body.

G-33

As a direct and proximate cause of the above-described incident and loss, Claimant seeks compensation in the sum of $ 500,000 for the following damages he has suffered: to foot, hand and body

Claimant is seeking damages in the amount of $ 100,000

Sincerely yours,

_____
Claimant
DOC # 178365

G-33

# NOTICE OF TORT CLAIM

Pursuant to the requirements of the Indiana Tort Claim Act, Ind.Code §§ 34-13-3-1 *et seq.*,

_Domanique Johnson_ gives notice that he has a claim against the State of Indiana and the

Indiana Department of Correction. The Claimant would provide the following information

Concerning his claim:

1. The Claimant's name and D.O.C. number: _Domanique Johnson_ #

2. The Claimant's current residence: _Wabash Valley Corr. Facility, P.O. Box 1111, Carlisle, IN 47838_

3. The Claimant's residence at the time of his loss or injury: _(Same as paragraph 2.)_

4. The names of ALL persons involved in this claim or having knowledge of the circumstances are: _Sgt. Agelese, C/O Tarr and Nurse Nurse Heather_

5. The date of the loss or injury, the extent of the loss or injury, and the circumstances which brought about this claim are as follows: _(Acted outside scope of Employment.) Nurse Heather and medical knew I had broken screws in my foot but failed to put me in for a bed move to bottom range. Sgt. Angelese and C/O Tarr was informed of my condition and that I had to go up stairs on crutches, they failed to put me in for bed move, 2 days later I fell backward & down the stairs injuring my foot & body._

6. The amount of damages sought by Claimant is as follows: _$500,000_

Dated: _6/25/22_
(Month) (Day) (Year)

_____
Claimant

G-55

## CERTIFICATE OF SERVICE

Claimant hereby swears, under penalties for perjury, that a true and correct copy of the foregoing notice has been served upon the Attorney General of Indiana and the Commissioner of the Indiana Department of Correction, as required by Ind.Code §§ 34-13-3-6 and 34-13-3-12 on this 25 day of June, 20 22.

Claimant *pro se*
DOC# 178369
Wabash Valley Correctional Facility
Post Office Box 1111
Carlisle, IN 47838

*Video Evidence*                                        S. Bedwell

**OFFENDER GRIEVANCE**
State Form 45471 (R5 / 3-20)
DEPARTMENT OF CORRECTION

RECEIVED FEB 17 2022

FOR OFFICIAL USE ONLY
Grievance number: 138654

| To: Facility Grievance Specialist | Facility: WVCF | Date: 2/15/22 |
|---|---|---|
| From (name of offender): Nomanique Johnson | DOC number: 178369 | Signature of offender: D. Johnson |
| Housing assignment: P 302 | | Date of incident: 2/9/22 |

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance.
(NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)

I went to medical on 2/7/22 for a X-Ray that showed I had broken screws in my foot. I told Nurse Heather, C/o Tarr and Sgt. Agelese that I would have problems getting up and down the stairs. These staff would not move me to the bottom range eventhough they all knew I was on crutches. On 2/9/22 I fell down the stairs and injured my foot and back. I am now in extreme pain. Only then was I moved.

State the relief that you are seeking.

1/ Have investigation for negligence and make sure this doesn't happen again.

2/ Ask that Camera Footage be saved in P House Right side 2/9/22 8:15 - 8:45 A.M

Signature of Facility Grievance Specialist: Scrichfield
Date: 2/17/22

DISTRIBUTION: Original – Grievance Specialist; Copy – Offender; Copy – Offender Packet; Copy – IRIS



## RECORD OF GRIEVANCE EVIDENCE
State Form 56892 (1-20)
INDIANA DEPARTMENT OF CORRECTION

| Facility | Case / investigation number | Date (month, day, year) |
|---|---|---|
| WVCF | 138654 | 02/17/2022 |

| Name of offender | Offender DOC number |
|---|---|
| DOMANIQUE JOHNSON | 178369 |

**Description and information**

PHU RIGHT - ALL

2-9-22

815A-845A

| Time of incident, if applicable | Building / area location |
|---|---|
| SEE ABOVE | PHU RIGHT SIDE |

**Department**
GRIEVANCE

| Signature of Grievance Specialist | Date (month, day, year) |
|---|---|
| *[signature]* | 02/17/2022 |

| Printed name of Grievance Specialist | Position of Grievance Specialist |
|---|---|
| THOMAS WELLINGTON | SUPERVISOR |

| Signature of witness | Date (month, day, year) |
|---|---|
| | |

| Printed name of witness | Position of witness |
|---|---|
| | |

DISTRIBUTION: Original – Grievance Specialist; Copy – Offender; Copy – Offender Packet; Copy – IRIS

Indiana Department of Correction
Wabash Valley Correctional Facility

## RECEIPT - ADMINISTRATIVE REMEDY

Date: 17-FEB-22

From: Thomas Wellington
WVC

To: Domanique Johnson
WVC

DOC#: 178369
Housing: PU-PU3-302L
Current Facility: WVD

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST IDENTIFIED BELOW:

Case ID: 138654    Level: I - Formal Grievance

Date Received: 17-FEB-22

Response Due: 11-MAR-22

Subject: Medical-Exc. Forced Treatment-Other Medical Matters

Indiana Department of Correction
Wabash Valley Correctional Facility
## Offender Grievance Response Report
Case Log #: 138654

DOC No: 178369    Offender Name: Domanique Johnson    Bldg/Range/Bed: PU-PU3-302L

Current Facility: WVD

TOPIC: Medical-Exc. Forced Treatment - Other Medical Matters    Incident Date: 09-FEB-22

### Response

| LEVEL | Form Issue Date | Level Receive Date | Response Date |
|---|---|---|---|
| 1 - Formal Grievance | | 17-FEB-22 | 08-MAR-22 |

**Level Response**

HSA S. BEDWELL - I have reviewed your grievance. In regards to medical, Nurse Heather was not present at WVCF on 2-7-22. Therefore, this could not have occured.

GRIEVANCE DENIED

_____       3-8-22
Executive Assistant      Date

_____       3/10/22
Student/Offender      Date

____ Agree    _X_ Disagree

08-MAR-22 10:32 AM      Page 1 of 1




# GRIEVANCE APPEAL

State Form 45473 (R3 / 4-17)
DEPARTMENT OF CORRECTION
OFFENDER GRIEVANCE PROGRAM

RECEIVED MAR 17 2022

**FOR OFFICIAL USE ONLY**
Grievance log number: 138654

| | |
|---|---|
| Date form sent to offender (month, day, year): 03/11/2022 | Date of grievance (month, day, year): 02/17/2022 |
| Name of offender: Dmanique Johnson | DOC number: 178369 — Facility: WVCF |
| Housing assignment: PHU 302 | Date grievance response received (month, day, year): 03/08/2022 |

**Facility level appeal:**

I am appealing this denial based on the fact that I named several nurses in my original grievance and the Sgt. and this was not addressed; nor was my full grievance.

Signature of offender: D. Johnson
Date signed: 3/16/22

**Facility level response:**

Signature of warden / designee:
Date signed:

*Please check the appropriate box and return this form to the Facility Grievance Specialist.*

☐ Agree with facility appeal response.

☐ Disagree with facility appeal response. Send appeal to Department Offender Grievance Manager.

Signature of offender:
Date signed:

DISTRIBUTION: Copy – Facility Grievance Specialist; Copy – Department Grievance Manager; Copy – Offender Packet, Facility; Copy - Offender

To: Thomas Wellington, ACH manager

Fr: Domanique Johnson #178369 ~~#138654~~

Re: Case Log #138654

Date: 3/21/22

RECEIVED
MAR 24 2022

Mr. Wellington:

I please request transparency and clarification on my Level II appeal. It was sent back and said recieved with a date on it but also another blank copy of a Level II appeal was sent with it. I recieve no instruction to refile it. So was this a mistake?

Sincerely,

D. Johnson #138654

138654 is at a level 1 appeal. Mr. Ellis has it and reply is due Apr 4. Apologies for the confusion! Scrichfield 3/24/22



**GRIEVANCE APPEAL**
State Form 45473 (R3 / 4-17)
DEPARTMENT OF CORRECTION
OFFENDER GRIEVANCE PROGRAM



RECEIVED
MAR 17 2022

**FOR OFFICIAL USE ONLY**
Grievance log number: 138654

| Date form sent to offender (month, day, year) | Date of grievance (month, day, year) | |
|---|---|---|
| 03/11/2022 | 02/17/2022 | |
| Name of offender | DOC number | Facility |
| Dmanique Johnson | 178369 | WVCF |
| Housing assignment | Date grievance response received (month, day, year) | |
| ~~PHU-302~~ G 218 | 03/08/2022 | |

**Facility level appeal:**

I am appealing this denial based on the fact that I named several nurses in my original grievance and the Sgt. and this was not addressed; Nor was my full grievance

Signature of offender: D. Johnson
Date signed: 3/16/22

**Facility level response:**

Your grievance appeal and all related documents have been reviewed. You have not provided any additional information or documentation to support your claim or that would indicate the answer to your formal grievance should be changed. People on crutches go up and down stairs all day every day, your "fall" is suspect at best. You were moved to lower range.

Appeal Denied.

Signature of warden / designee: M. Ully
Date signed: 3/30/2022

Please check the appropriate box and return this form to the Facility Grievance Specialist.

☐ Agree with facility appeal response.
☑ Disagree with facility appeal response. Send appeal to Department Offender Grievance Manager.

Signature of offender: Dmanique Johnson
Date signed: 4/4/22

DISTRIBUTION: Copy – Facility Grievance Specialist; Copy – Department Grievance Manager; Copy – Offender Packet, Facility; Copy - Offender



**RECEIPT OF FACILITY LEVEL I APPEAL**
State Form 56285 (4-17)
INDIANA DEPARTMENT OF CORRECTION

| From: | Date *(month, day, year)* |
|---|---|
| S. Crichfield | 03/21/2022 |

| Name of offender | DOC number |
|---|---|
| Domanique Johnson | 178369 |

| Facility | Housing assignment |
|---|---|
| WVCF | PHU 302 √ |

### THIS ACKNOWLEDGES THE RECEIPT OF YOUR FACILITY LEVEL I APPEAL REQUEST BELOW.

| Log identification number | Date *(month, day, year)* | Response due *(month, day, year)* |
|---|---|---|
| 138654 | 03/21/2022 | 04/04/2022 |



# REQUEST FOR HEALTH CARE
State Form 45913 (R3 / 9-12)
Approved by State Board of Accounts, 2012

INDIANA DEPARTMENT OF CORRECTION

## TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:

☐ Sick Call   ☐ Dentist   ☐ Prescription Refill   ☐ Mental Health   ☑ Other (specify) _____

**Nature of complaint**

I was told by the doctor I think Dr. Bert that I was put in for a prescription for the pain I'm having for leg and back injury. I'm still not recieving anything as of now which is 3 days from when I was supposedly placed on medications. I'm in a lot of pain! Also I need to talk to someone about having another mattress for the discomfort can't sleep...

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial (new) prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

| Signature of Offender | Printed name | DOC number | Date signed (month, day, year) |
|---|---|---|---|
| Domonique Johnson | Domonique Johnson | 178369 | 2/14/22 |

## TO BE COMPLETED BY HEALTH CARE STAFF

**Response of Health Care staff**

T/F to see NP to review meds 3/2

IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT.

| Signature of Health Care staff | Date signed (month, day, year) |
|---|---|
| | 02/16/22 |

## TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE

**Was a new prescription provided?**
☐ Yes   ☐ No

**Amount of Co-Payment**
☐ $5.00 Health Care Contact
☐ $5.00 New Prescription

**TOTAL AMOUNT OF CO-PAYMENT**
$ _____

| Signature of Health Care staff | Date signed (month, day, year) |
|---|---|

### PATIENT IDENTIFICATION
Full name of patient

DOC number

Date of birth (month, day, year)

#

**DISTRIBUTION:** White - Health Care Chart;
Canary - Offender / Business Office



# REQUEST FOR HEALTH CARE

State Form 45913 (R3 / 9-12)
Approved by State Board of Accounts, 2012

INDIANA DEPARTMENT OF CORRECTION

## TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:

☐ Sick Call   ☐ Dentist   ☐ Prescription Refill   ☐ Mental Health   ☐ Other (specify) _____

**Nature of complaint**

I have been waiting for the doctor to come in so I can get this surgery on my ankle. Also for some reason my name is not on the med count line so the C/o's on "P" dorm right side have not been letting me out. I'm still in pain and I need this issues resolved.

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial (new) prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

| Signature of Offender | Printed name | DOC number | Date signed (month, day, year) |
|---|---|---|---|
| Domenique Johnson | Domenique Johnson | 178369 | 2/23/22 |

## TO BE COMPLETED BY HEALTH CARE STAFF

**Response of Health Care staff**

Your md appt w/ KAP

1/mr appt/ move / as been apprvd & we are awaiting 1/mr scheduled appt date. 2/24

IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT.

| Signature of Health Care staff | Date signed (month, day, year) |
|---|---|
|  | 02/24/22 |

## TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE

| Was a new prescription provided? | TOTAL AMOUNT OF CO-PAYMENT |
|---|---|
| ☐ Yes  ☐ No | $ ___ |

| Amount of Co-Payment | Signature of Health Care staff | Date signed (month, day, year) |
|---|---|---|
| ☐ $5.00 Health Care Contact  ☐ $5.00 New Prescription | | |

#

**PATIENT IDENTIFICATION**

Full name of patient

DOC number

Date of birth (month, day, year)

DISTRIBUTION:   White - Health Care Chart;
                Canary - Offender / Business Office



# REQUEST FOR HEALTH CARE

State Form 45913 (R3 / 9-12)
Approved by State Board of Accounts, 2012

INDIANA DEPARTMENT OF CORRECTION

## TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:

☐ Sick Call   ☐ Dentist   ☐ Prescription Refill   ☐ Mental Health   ☑ Other *(specify)* _____

**Nature of complaint**

I was told that my medication would be kept which they said would come to me in ___ I'm still yet to recieve anything and be in pain ___ every day. I think I'm ___ my ankle still bruising and uncomfortable to sleep.

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial *(new)* prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

| Signature of Offender | Printed name | DOC number | Date signed *(month, day, year)* |
|---|---|---|---|
| | | 178369 | 3-8-22 |

## TO BE COMPLETED BY HEALTH CARE STAFF

**Response of Health Care staff**

___

### IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT.

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|
| | |

## TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE

| Was a new prescription provided? | TOTAL AMOUNT OF CO-PAYMENT |
|---|---|
| ☐ Yes  ☐ No | $ |
| **Amount of Co-Payment** | Signature of Health Care staff | Date signed *(month, day, year)* |
| ☐ $5.00 Health Care Contact | | |
| ☐ $5.00 New Prescription | | |

### PATIENT IDENTIFICATION

Full name of patient

DOC number

Date of birth *(month, day, year)*

**DISTRIBUTION:** White - Health Care Chart;
Canary - Offender / Business Office

# REQUEST FOR HEALTH CARE

State Form 45913 (R3 / 9-12)
Approved by State Board of Accounts, 2012



**INDIANA DEPARTMENT OF CORRECTION**

## TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:

☐ Sick Call  ☐ Dentist  ☐ Prescription Refill  ☐ Mental Health  ☑ Other *(specify)* _____

**Nature of complaint**

Ive been havin sharp pains and they took me off my pain meds for my ankle Also Im supposed to have surgery in the next coming weeks I have not heard anything als, Im on the top floor when I have a leg injury I already have problems moving around.

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial *(new)* prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

| Signature of Offender | Printed name | DOC number | Date signed *(month, day, year)* |
|---|---|---|---|
| [signature] | Demarius Johnson | 178369 | 5-28-22 |

## TO BE COMPLETED BY HEALTH CARE STAFF

**Response of Health Care staff**

HCRR Request submitted to M Byrd

IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT.

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|
| [signature] | 03/30/22 |

## TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE

**Was a new prescription provided?**
☐ Yes  ☐ No

**TOTAL AMOUNT OF CO-PAYMENT**
$ ____

**Amount of Co-Payment**
☐ $5.00 Health Care Contact
☐ $5.00 New Prescription

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|

\# _____

### PATIENT IDENTIFICATION

Full name of patient

DOC number

Date of birth *(month, day, year)*

**DISTRIBUTION:** White - Health Care Chart; Canary - Offender / Business Office



# RETURN OF GRIEVANCE
State Form 45475 (R4 / 1-20)
INDIANA DEPARTMENT OF CORRECTION

| To (name of offender) | DOC number | Facility | Date (month, day, year) |
|---|---|---|---|
| Domanique Johnson | 178369 | WVCF | 05/24/2022 |

| Work assignment | Housing assignment |
|---|---|
| N/A | GHU 108 |

| Date grievance received (month, day, year) | Date grievance returned (month, day, year) |
|---|---|
| 05/13/2022 | 05/24/2022 |

*Please check the most appropriate response AND provide an explanation.*

- [ ] Your concern is something that cannot be resolved by the Department of Correction. It goes beyond the authority of the Department.
- [ ] Your grievance was not timely submitted:  [ ] Early  or  [ ] Late
- [ ] Your concern is a matter not appropriate to the grievance process. See Policy 00-02-301. Your concern may be better addressed by Classification (see Policy 01-04-101) or the Disciplinary Hearing Board (see Policy 02-04-101).
- [ ] A sex offender may not grieve the denial of visits with minors (see Policy 02-01-102).
- [ ] There is no indication that you were personally affected by the policy, procedure, or action described; and/or this complaint appears to be submitted on behalf of another person or group.
- [ ] Your complaint cannot be responded to as presented, but may be corrected and submitted again within five (5) business days.
- [ ] You are identified as a grievance abuser and are restricted from filing additional grievances for:
  [ ] Thirty (30) days   [ ] Sixty (60) days   [ ] Ninety (90) days   *(Please explain below.)*
- [ ] The issue in this complaint or concern was addressed previously in Grievance # _____
- [x] Other: SEE BELOW

*Please describe your response in further detail.*

Out of time frame.

If you are having medical issues, submit a HCRF. If not seen you can grieve that.

| Signature of Facility Grievance Specialist | Printed name of Facility Grievance Specialist |
|---|---|
| [signature] | S. Crichfield |

*If you choose to correct the problem(s) listed above, you must do so and re-submit this form within five (5) business days.*

DISTRIBUTION: Copy – Facility Grievance Specialist; Copy – Department Grievance Manager; Copy – Offender Packet, Facility; Copy – Offender